IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                                    PLAINTIFF

v.                                    Case No. 4:21-cv-00424-KGB

RODNEY WRIGHT, *et al.*                                                                    DEFENDANTS

**ORDER**

Before the Court are several pending motions filed by plaintiff Paul Criswell. The Court addresses each in turn.

I. **Motion To Compel Filed April 1, 2023**

Pending is Mr. Criswell's motion to compel filed April 1, 2023, in which he requests that the Court compel the Saline County Detention Center to provide him writing paper, envelopes, and writing utensils (Dkt. No. 53). Under Federal Rule of Civil Procedure 37, a party may move for an order of the Court compelling disclosure or discovery. *See* Fed. R. Civ. P. 37(a)(1). Mr. Criswell has not asked the Court for an Order to compel responses to discovery, and the Saline County Detention Center is not a party to this case from whom Mr. Criswell could seek discovery. Further, the Court notes that Mr. Criswell is no longer housed at the Saline County Detention Center (Dkt. No. 55). The Court received a change of address from Mr. Criswell on May 2, 2024 (Dkt. No. 56). For all of these reasons, the Court denies Mr. Criswell's motion to compel (Dkt. No. 53).

II. **Motion For Copies Filed May 2, 2024**

Along with his change of address, Mr. Criswell requests copies of all documents that were sent on or after April 1, 2023 (Dkt. No. 56). The Court grants Mr. Criswell's motion for copies (*Id.*). The Clerk of Court is directed to send to Mr. Criswell a copy of docket entries 54 and 55 and a copy of the docket sheet.

### III.     Motion To Terminate Administratively His Case

Mr. Criswell moves to terminate administratively his case because he has recently been transferred, his evidence is located at his residence, and he has pending a state court proceeding that requires his attention (Dkt. No. 57, at 1).  Mr. Criswell asks that the Court require a status report to be filed every six months until the close of his state court proceedings (*Id.*).  Defendants Rodney Wright and Tonya Parker do not oppose Mr. Criswell's motion to terminate administratively his case (Dkt. No. 59).

The Court grants Mr. Criswell's unopposed motion to terminate administratively his case (Dkt. No. 57).  The Court vacates the Final Scheduling Order and suspends the trial date and all pretrial deadlines (Dkt. No. 69).  The Court directs the parties to file a status report with the Court on or before November 7, 2024, to advise the Court of the status of Mr. Criswell's state court proceedings and whether this pending federal case should proceed.

### IV.     Motion To Compel Filed May 3, 2024

Also pending before the Court is Mr. Criswell's motion to compel filed May 3, 2024, in which Mr. Criswell appears to seek discovery related to his claim for jail time credit (Dkt. No. 58). Defendants responded to Mr. Criswell's motion to compel filed May 3, 2024; defendants state that they have not previously received from Mr. Criswell any discovery requests for the information Mr. Criswell seeks in his motion and that Mr. Criswell did not attempt to resolve the dispute by corresponding with counsel for defendants (Dkt. No. 60, ¶¶ 2–3).  Defendants also maintain that the information Mr. Criswell seeks in his motion to compel does not pertain to the allegations in the present case (*Id.*, ¶ 4).  Mr. Criswell filed a traverse to defendants' response to compel (Dkt. No. 62).  In his filing, Mr. Criswell argues that he requested "jail records" from Tonya Parker, Sherriff Rodney Wright, and others through the kiosk, grievance procedure, and by other means beginning February 16, 2024 (Dkt. No. 62, at 1).  Mr. Criswell states that he was transferred from

the Saline County Detention Center to the Arkansas Division of Correction on April 5, 2024 (Dkt. No. 62, at 1).

The Court determines that Mr. Criswell's motion to compel filed May 3, 2024, is not related to Mr. Criswell's operative complaint in this case and is not related to any discovery propounded by Mr. Criswell in this case. *See* Fed. R. Civ. P. 37(a)(1). For these reasons, the Court denies Mr. Criswell's motion to compel filed May 3, 2024 (Dkt. No. 58).

### V. Motion For Copies Filed May 16, 2024

Also pending is a second notice of change of address from Mr. Criswell requesting additional documents (Dkt. No. 61). Mr. Criswell notes that his address changed on May 7, 2024, and requests copies of docket entries 55 and 58 (Dkt. No. 61, at 1). Mr. Criswell also requests copies of docket entry 60 and beyond (*Id.*). The Court grants the motion. The Court has already ordered the Clerk of Court to send to Mr. Criswell a copy of docket entries 54 and 55 and a copy of the docket sheet. The Clerk of Court is also ordered to send to Mr. Criswell a copy of docket entry 58, 59, 60, and 61.

### VI. Request For Extension Of Time

Mr. Criswell filed a response to request for production in which he seeks an additional 30 days to respond to defendants' requests for production and interrogatories (Dkt. No. 70). Because this Court grants Mr. Criswell's unopposed motion to terminate administratively his case, the Court grants Mr. Criswell's request for additional time to respond to defendants' pending requests for production and interrogatories. At this time, the Court directs that Mr. Criswell does not need to object or respond to defendants' pending discovery requests. After receiving the parties November 7, 2024, status report, the Court will determine when and whether to set a revised date for Mr. Criswell to object or respond to the pending discovery requests.

## VII.  Conclusion

Because the Court grants Mr. Criswell's unopposed motion to terminate administratively his case (Dkt. No. 57), the Court vacates the Final Scheduling Order and suspends the trial date and all pretrial deadlines (Dkt. No. 69).  In compliance with this Order, the Court directs the parties to file a status report with the Court on or before November 7, 2024.

So ordered this 3rd day of September, 2024.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge