IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PAUL CRISWELL                                                                                           PLAINTIFF

v.                                        Case No. 4:21-cv-00424-KGB

RODNEY WRIGHT, *et al.*                                                                         DEFENDANTS

### ORDER

Before the Court is defendants' Sheriff Rodney Wright and Tonya Parker's motion to substitute attorney (Dkt. No. 81). Wesley N. Manus left the Association of Arkansas Counties Risk Management Services (Dkt. No. 81, ¶ 3). JaNan Arnold Thomas entered an appearance on behalf of Sheriff Wright and Ms. Parker in this case and will be responsible for their defense in this case going forward (*Id*. ¶¶ 1, 3). For good cause shown, the Court grants defendants' motion to substitute attorney and relieves Mr. Manus as an attorney of record for defendants in this matter (Dkt. No. 81). The Court directs the Clerk of the Court to terminate Mr. Manus as counsel of record for Sheriff Wright and Ms. Parker.

Also before the Court is Sheriff Wright and Ms. Parker's status report indicating that plaintiff Paul Criswell's state court proceedings remain pending because Mr. Criswell's state court appeal remains pending (Dkt. No. 82, ¶ 3). *See Criswell v. State of Arkansas*, Case No. CR-24-340 (Ark. Ct. App., filed May 28, 2024). Defendants request that this case remain administratively terminated because the state court proceedings remain pending (*Id*., ¶ 4). For good cause shown, the Court grants defendants' request for the case to remain terminated administratively at this time. The Court directs the parties to file a status report with the Court on or before April 21, 2025, updating the Court on the status of Mr. Criswell's state court proceedings.

So ordered this 20th day of February, 2025.

                                                                    Kristine G. Baker
                                                                    Chief United States District Judge